ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, CA 90012
    Telephone: (213)894-2727
    Facsimile: (213)894-7177
    E-mail: Michele.Marchand@usdoj.gov

JS-6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $10,000.00 IN U.S. CURRENCY, ) <br> ) <br> Defendant. ) <br>_____) <br> MARSHALL DAVIS, ) <br> ) <br> Claimant. ) <br>_____) | NO. CV 10-1715-PA(MANx) <br><br> **CONSENT JUDGMENT OF FORFEITURE** |

    Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on March 9, 2010. Notice was given and published in accordance with law. Marshall Davis ("claimant") filed a claim on March 31, 2010. No other claims or answers have been

1  filed, and the time for filing claims and answers has expired.
2  Plaintiff and claimant have reached an agreement that is
3  dispositive of the action.  The parties hereby request that the
4  Court enter this Consent Judgment of Forfeiture.
5      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
6      1.   This court has jurisdiction over the parties and the
7  subject matter of this action.
8      2.   Notice of this action has been given in accordance with
9  law.  All potential claimants to the defendant $10,000.00 in U.S.
10 currency other than claimant are deemed to have admitted the
11 allegations of the Complaint.  The allegations set out in the
12 Complaint are sufficient to establish a basis for forfeiture.
13     3.   The United States of America shall have judgment as to
14 the defendant $10,000.00 in U.S. currency and all interest earned
15 thereon.  No other person or entity shall have any right, title
16 or interest in the forfeited currency.  The United States
17 Marshals Service is ordered to dispose of said asset in
18 accordance with law.
19     4.   Claimant hereby releases the United States of America,
20 its agencies, agents, and officers, including employees and
21 agents of the United States Federal Bureau of Investigation, from
22 any and all claims, actions or liabilities arising out of or
23 related to this action, including, without limitation, any claim
24 for attorneys' fees, costs or interest which may be asserted on
25 behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or
26 otherwise.

5. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: _February 16, 2011

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: February 16, 2011      ANDRÉ BIROTTE JR.
                              UNITED States Attorney
                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section

                                   /s/ MICHELE C. MARCHAND
                              _____
                              MICHELE C. MARCHAND
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America

DATED: February 16, 2011      SHERMAN & SHERMAN

                                   /s/ JANET SHERMAN
                              _____
                              JANET SHERMAN

                              Attorney for Claimant
                              Marshall Davis

DATED: February 16, 2011
                                   /s/ MARSHALL DAVIS
                              _____
                              MARSHALL DAVIS, Claimant

3